RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Brian Ramirez

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN RAMIREZ,<br><br>　　　　　Defendant. | Case No. 2:12-cr-00148-JCM-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Brian Ramirez, that the Revocation Hearing currently scheduled on October 28, 2022, at 11:00 am be vacated and continued to a date and time convenient to the Court, but no sooner than seventy (70) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel needs additional time to speak with Mr. Ramirez and conduct investigation regarding the allegations in the Petition.

2. Undersigned counsel has spoken to Mr. Ramirez' probation officer, who advises that a continuance would allow Mr. Ramirez time to meaningfully participate and utilize resources that are essential to the success of his supervision.

3. Mr. Ramirez is out of custody and does not oppose the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 26th day of October, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By */s/ Melanee Smith*<br>MELANEE SMITH<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00148-JCM-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| BRIAN RAMIREZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, October 28, 2022 at 11:00 a.m., be vacated and continued to **January 6, 2023, at 10:00 a.m.**

DATED October 27, 2022.

_____
UNITED STATES DISTRICT JUDGE

3