RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Brian Ramirez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>BRIAN RAMIREZ,<br><br>          Defendant. | Case No. 2:12-cr-00148-JCM-CWH<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Brian Ramirez, that the Status Conference currently scheduled on April 7, 2023, at 10:30 am be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be out of the jurisdiction on the date this status hearing is set.

2. Mr. Ramirez is out of custody and does not oppose the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the status conference.

DATED this 5th day of April, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Jacquelyn N. Witt<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By /s/ Melanee Smith<br>MELANEE SMITH<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>BRIAN RAMIREZ,<br><br>              Defendant. | Case No. 2:12-cr-00148-JCM-CWH<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the status conference currently scheduled for Friday, April 7, 2023 at 10:30 a.m., be vacated and continued to **April 21, 2023, at 10:30 a.m.**; or to a time and date convenient to the court.

DATED April 5, 2023.

_____
UNITED STATES DISTRICT JUDGE

3